UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF PLUMBERS LOCAL 98
DEFINED BENEFIT PENSION FUND,
PLUMBERS LOCAL 98 DEFINED CONTRIBUTION
FUND, PLUMBERS 98 INSURANCE FUND,
PLUMBERS LOCAL 98 SUB TRUST FUND,
PLUMBERS LOCAL 98 RETIREE BENEFIT
FUND, METRO-DETROIT PLUMBING
INDUSTRY TRAINING TRUST and
JOINT ADMINISTRATIVE COMMITTEE
OF THE PLUMBING & PIPEFITTING
INDUSTRY IN THE DETROIT AREA,

        Plaintiffs,

v.

CHRISTIAN BROS. PLUMBING, HEATING, SEWER
CLEANING, INC., a Michigan corporation, and
LAWRENCE J. CHRISTIAN, Individually,

        Defendants.
_____/

Case No.: 12-10522

Hon. Patrick J. Duggan

**AMENDED JUDGMENT**

Plaintiffs, a group of trust funds established under and administered pursuant to the Labor Management Relations Act, 29 U.S.C. §§ 141-187, and the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001-1461, initiated this action against Christian Brothers Plumbing, Heating, Sewer Cleaning, Inc. and Lawrence Christian (collectively, "Defendants"), alleging that Defendants violated 29 U.S.C. § 1145 when they failed to make contributions as required by a collective bargaining agreement entered into with Plumbers Local 98.

Pursuant to a prior entry of default judgment against Defendants, (ECF No. 11), and an Order granting Plaintiffs' Motion for Entry of Amended Judgment issued on this date, **IT IS ORDERED, ADJUDGED, AND DECREED** that Judgment is entered in favor of Plaintiffs against Defendants in the amended amount of $12,743.27, which is calculated as follows:

A. Audit balance for the period of January 2010 through December 2011 in the amount of $3,317.71;

B. Liquidated damages for the week ending August 1, 2008 through the week ending March 25, 2012 in the amount of $3,974.06; and

C. Reasonable attorneys' fees and costs from January 9, 2012 through December 20, 2012, pursuant to the Collective Bargaining Agreement and 29 U.S.C. § 1132(g)(2)(D), in the amount of $5,451.50;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that jurisdiction of this matter be retained pending compliance with the Court's Order.

Date: May 30, 2013

                                         s/PATRICK J. DUGGAN
                                         UNITED STATES DISTRICT JUDGE

Copies to:

**David J. Selwocki, Esq.**
**Matthew I. Henzi, Esq.**

**Christian Bros. Plumbing**
**Lawrence J. Christian**
24819 Van Dyke
Centerline, MI 48015